Francine P. JEFFERSON,
Plaintiff—Appellant,

v.

VIRGINIA EMPLOYMENT COMMIS-SION; Delores A. Esser, Commissioner; Shelby Robinson, Regional Director; Nancy Dean, Supervisor, Defendants—Appellees.

No. 05–1012.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 1, 2005.

Michele S. Bellizaire, Manassas, Virginia, for Appellant. Judith Williams Jagdmann, Attorney General, Maureen Riley Matsen, Deputy Attorney General, Edward M. Macon, Senior Assistant Attorney General/Chief, Ronald N. Regnery, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francine P. Jefferson appeals the district court's order dismissing her claims under the Family and Medical Leave Act, 29 U.S.C. § 2612(a) (2000). Our review of the record and the parties' briefs discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jefferson v. Virginia Employment Comm'n,* No. CA–04–663 (E.D.Va. Nov. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*